IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SALVADOR SEGOVIA, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 4:25-CV-01300 |
| MIG PROPERTIES GROUP, LLC, ) | |
| ) | |
| Defendant. ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, SALVADOR SEGOVIA, JR. and Defendant, MIG PROPERTIES GROUP, LLC, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant, MIG PROPERTIES GROUP, LLC, with prejudice. Each party to bear their own fees and costs.

Respectfully submitted this 2nd day of December 2025.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*
Douglas S. Schapiro, Esq.
Southern District of Texas ID No. 3182479
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

/s/ *Kent Motamedi*
Kent Motamedi, Esq.
Southern District of Texas ID No. 24087233
Motamedi Law, PLLC
952 Echo Lane, Suite 320
Houston, TX 77024
Tel: 832-582-5867
Email: kent@motamedilaw.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of December 2025, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

/s/ Douglas S. Schapiro
Douglas S. Schapiro
Southern District of Texas ID No. 3182479