United States District Court
Southern District of Texas
**ENTERED**
December 04, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| SALVADOR SEGOVIA, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| vs. | ) | |
| | ) | Case No. 4:25-CV-01300 |
| MIG PROPERTIES GROUP, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal with Prejudice filed December 2, 2025, it is hereby ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant, MIG PROPERTIES GROUP, LLC, be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is so ORDERED on __December 3, 2025.__

Andrew S. Hanen
U.S. District Judge

cc:  Counsel of Record